IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00019-DDD-NRN

EMILY DORN,

    Plaintiff(s),

v.

ROCKY MOUNTAIN HOSPITAL
AND MEDICAL SERVICES, INC. d/b/a
ANTHEM BLUE CROSS AND BLUE SHIELD,

    Defendant(s).

## JOINT NOTICE OF SETTLEMENT

Plaintiff Emily Dorn ("Plaintiff") and Defendant Rocky Mountain Hospital and Medical Services, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Defendant") (collectively, the "Parties") hereby notify the Court that the Parties have reached an agreement to settle this matter. The Parties will file a stipulated notice of dismissal upon execution of a final confidential settlement agreement. Therefore, the Parties respectfully request that the Court strike all future deadlines, including the scheduling conference currently scheduled for April 26, 2023.

Dated: April 25, 2023                            Respectfully submitted,

                                            By: *Thomas C. Hardy*
                                                Thomas C. Hardy (6294305)
                                                Daniel J. Hofmeister, Jr (6204299)
                                                Mia C. McDonald (6336353)
                                                REED SMITH LLP
                                                10 South Wacker Drive
                                                Chicago, IL  60606-7507
                                                Telephone: +1 312 207 1000

- 2 -

        Facsimile: +1 312 207 6400
        thardy@reedsmith.com

        *Counsel for Defendant*

By: */s/ Thomas A. Bulger*
        Thomas A. Bulger, Esq.
        363 South Harlan Street, Suite 205
        Lakewood, Colorado 80226
        Telephone: (303) 292-0044
        Fascimile: (303) 292-1466
        counsel@silverbulger.com

        *Counsel for Plaintiff*

- 3 -

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

<u>*s/ Thomas C. Hardy*</u>